UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

GABRIEL NAPIER by and through his guardian ad litem, LILLY QUIROZ ,

Plaintiff,

v.

SAN DIEGO COUNTY, a government entity; SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, a department of San Diego County; WILLIAM GORE, an individual; BRANDON BOISSERANC, an individual; NICHOLAS DANZA, an individual; and DYLAN NAPIER, an individual ,

Defendant.

Case No.: 15cv581-CAB-KSC

**ORDER FOLLOWING STATUS CONFERENCE**

On April 27, 2017, the Court held a telephonic status conference to confirm the trial dates and schedule a hearing to address objections to jury instructions. Christina Vilaseca, Esq. appeared on behalf of Defendants. There was no appearance by Plaintiff's counsel. [Doc. No. 94.] As set forth during the telephonic status conference, the Court **HEREBY ORDERS:**

1. The trial dates of June 19, 2017 – June 22, 2017, and June 26, 2017 – June 27, 2017 are **HEREBY CONFIRMED**. Trial **SHALL COMMENCE** on **June 19, 2017** at **8:45 a.m.** in Courtroom C;

2. A hearing shall be held on **June 8, 2017** at **10:00 a.m.** in Courtroom C to address objections to jury instructions. [Doc. Nos. 95 and 96.] Of particular concern to the Court are Defendants' objections to Plaintiff's proposed version of Model Instruction No. 1.5 and CACI Nos. 400, 401, as it does not appear that Plaintiff has pled a negligence claim nor complied with administrative procedures. Plaintiff may file supplemental briefing with regard to Defendants' objections to those proposed jury instructions by **May 25, 2017**. Defendants may file a reply to any supplemental briefing by **June 1, 2017**.

**IT IS SO ORDERED.**

Dated: April 27, 2017

Hon. Cathy Ann Bencivengo
United States District Judge