# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL NAPIER by and through his guardian *ad litem*, LILLY QUIROZ,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY, a government entity; SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, a department of San Diego County; WILLIAM GORE, an individual, BRANDON BOISSERANC, an individual, NICHOLAS DANZA, an individual, and DYLAN NAPIER, an individual,<br><br>Defendants. | No. 15cv0581-CAB-KSC<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [Doc. No. 125]** |

Based on the joint motion to dismiss filed by the parties [Doc. No. 125], **IT IS HEREBY ORDERED** that the entire action is dismissed with prejudice.

Dated: January 29, 2018

Hon. Cathy Ann Bencivengo
United States District Judge

15cv0581-CAB-KSC